■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARIF ELKADY, Appellant. [749 NYS2d 902] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 9, 2001 (*People v Elkady,* 287 AD2d 518), affirming a judgment of the Supreme Court, Queens County, rendered June 8, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745). S. Miller, J.P., Krausman, Schmidt and Crane, JJ., concur.